CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Juan Carlos Canaca-Raudales<br>YOB: 1968; Citizen of Honduras | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-02136MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about December 25, 2018, at or near Sells, in the District of Arizona, **Juan Carlos Canaca-Raudales**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Houston, Texas on February 13, 2018 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Juan Carlos Canaca-Raudales** is a citizen of Honduras. On February 13, 2018, **Juan Carlos Canaca-Raudales** was lawfully denied admission, excluded, deported and removed from the United States through Houston, Texas. On December 25, 2018, agents found **Juan Carlos Canaca-Raudales** in the United States at or near Sells, Arizona, without the proper immigration documents. **Juan Carlos Canaca-Raudales** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>HHB/JJO<br>AUTHORIZED AUSA /s/Heather Sechrist | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br><br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 26, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54