ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
FRANCES KREAMER HOPE
Assistant United States Attorney
State Bar No.: 025608
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: frances.kreamer.hope@usdoj.gov
Attorneys for Plaintiff

FILED
2019 JAN 23 PM 1:51
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00220 TUC-JAS(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

   Plaintiff,

   vs.

Juan Carlos Canaca-Raudales,
aka Juan C. Canaca,

   Defendant.

INDICTMENT

Violations:
8 U.S.C. § 1326(a)(enhanced by
8 U.S.C. § 1326(b)(1))

(Illegal Reentry)

**THE GRAND JURY CHARGES:**

On or about December 25, 2018, at or near Ali Chukson, in the District of Arizona, Juan Carlos Canaca-Raudales, aka Juan C. Canaca, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Houston, Texas, on or about February 13, 2018, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8,

///

1 | United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/ S /

Assistant United States Attorney

Dated: January 23, 2019